*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| MARYAM MOHAMMED AHMAD; | ) | Case No. 2:17-BK-08981-BKM |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF ABANDONMENT**

**PLEASE TAKE NOTICE** that the trustee intends to abandon the following property pursuant to 11 U.S.C. §554 and Bankruptcy Rule 6007(a):

    All right, title and interest of the bankruptcy estate in and to the real property commonly known as:

    4747 N. Scottsdale Rd. #C1004, Scottsdale, AZ

The property is encumbered by liens as set forth on the attached Schedule D. The property is also subject to a homestead exemption of $150,000.00. As a result, there is no value in this property for the bankruptcy estate.

Any objections to this proposed abandonment must be filed on or before 15 days from the date of the mailing of this notice. Objections must be filed with the Clerk of the Bankruptcy Court, 230 N. First Avenue, Ste. 101, Phoenix, Arizona 85003-1706, and a copy of such objection must be mailed to counsel for the trustee, whose name and address appears below. If an objection is timely filed and served, then the Court will conduct a hearing to resolve the matter. If no objection is timely filed and served, the asset(s) described above shall be abandoned without further notice or hearing.

The name and address of counsel for the trustee is as follows:

| | |
|---|---|
| 1 | Terry A. Dake, Esq. |
| | ***TERRY A. DAKE, LTD.*** |
| 2 | 20 E. Thomas Rd. |
| | Suite 2200 |
| 3 | Phoenix, Arizona  85012-3133 |

DATED January 11, 2018.

           ***TERRY A. DAKE, LTD.***

           By /s/ TD009656
             Terry A. Dake – 009656
             20 E. Thomas Rd.
             Suite 2200
             Phoenix, Arizona 85012-3133

2

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Maryam** First Name | **Mohammed** Middle Name | **Ahmad** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | 2:17-bk-08981-BKM | | |

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|---|
| **2.1** | **Equity Truste Company as Custodian** Creditor's Name | Describe the property that secures the claim: | $180,000.00 | $508,000.00 | $180,000.00 |
| | **FBO IRA #2123423 225 Burns Road Elyria, OH 44035** Number, Street, City, State & Zip Code | **4747 N. Scottsdale Rd, #C-1004 Scottsdale, AZ 85251 Maricopa County** As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ■ Disputed | | | |
| | **Who owes the debt?** Check one. ■ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply. ■ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☐ Judgment lien from a lawsuit ■ Other (including a right to offset) **Second Mortgage** | | | |
| | Date debt was incurred | Last 4 digits of account number **8059** | | | |
| **2.2** | **Rushmore Loan Mgmt Ser** Creditor's Name | Describe the property that secures the claim: | $542,147.00 | $508,000.00 | $0.00 |
| | **15480 Laguna Canyon Rd S Irvine, CA 92618** Number, Street, City, State & Zip Code | **4747 N. Scottsdale Rd, #C-1004 Scottsdale, AZ 85251 Maricopa County** As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | **Who owes the debt?** Check one. ■ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another | **Nature of lien.** Check all that apply. ■ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☐ Judgment lien from a lawsuit | | | |

| Debtor 1 | Maryam Mohammed Ahmad | | Case number (if know) | 2:17-bk-08981-BKM |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)   First Mortgage

| Date debt was incurred | Opened 3/27/08 Last Active 3/08/16 | Last 4 digits of account number | 1466 |
|---|---|---|---|

| 2.3 | Safari Drive Condominium Association | Describe the property that secures the claim: | $45,000.00 | $508,000.00 | $45,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 4747 N. Scottsdale Rd, #C-1004 Scottsdale, AZ 85251  Maricopa County | | | |
| | c/o AAM 1600 W. Broadway Road, Ste 200 Tempe, AZ 85282 | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent ☐ Unliquidated ■ Disputed | | | |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   2nd Mortgage (HOA)

| Date debt was incurred | | Last 4 digits of account number | |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $767,147.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $767,147.00 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
**Safari Drive Condominium Association**
**Ekmark & Ekmark**
**6720 N. Scottsdale Road, Ste 261**
**Scottsdale, AZ 85253**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy