Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | MARYAM | MOHAMMED | AHMAD |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number 2:17-bk-08981-BKM
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

**2.1 EQUITY TRUSTE COMPANY AS CUSTODIAN**
Creditor's Name

FBO IRA #2123423
225 BURNS ROAD
Elyria, OH 44035
Number, Street, City, State & Zip Code

Describe the property that secures the claim: $180,000.00 $508,000.00 $0.00

4747 N. SCOTTSDALE ROAD
Scottsdale, AZ 85251  Maricopa County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  ADVERSART STIPULATION

Date debt was incurred _____  Last 4 digits of account number  8059

**2.2 RUSHMORE LOAN MGMT SER**
Creditor's Name

15480 LAGUNA CANYON ROAD S
Irvine, CA 92618
Number, Street, City, State & Zip Code

Describe the property that secures the claim: $542,147.00 $508,000.00 $214,147.00

4747 N. SCOTTSDALE ROAD
Scottsdale, AZ 85251  Maricopa County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Debtor 1 __MARYAM MOHAMMED AHMAD__
    First Name   Middle Name   Last Name

Case number (if know) _____

☐ Check if this claim relates to a community debt
■ Other (including a right to offset) __First Mortgage__

Date debt was incurred   **OPENED 3/27/08 LAST ACTIVE 3/08/16**
Last 4 digits of account number   **1466**

| 2.3 | SAFARI DRIVE CONDOMINIUM ASSOCIATION | | $100,447.03 | $508,000.00 | $100,447.03 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**4747 N. SCOTTSDALE ROAD Scottsdale, AZ 85251 Maricopa County**

1600 W BROADWAY RD., SUITE 200
SCOTTSDALE, AZ 85251
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) __HOA FEES__

Date debt was incurred _____
Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   **$822,594.03**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$822,594.03**

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 2:17-bk-08981-BKM   Doc 136   Filed 02/08/18   Entered 02/08/18 13:32:07   Desc
Main Document   Page 2 of 15

Debtor 1: **MARYAM MOHAMMED AHMAD**
First Name / Middle Name / Last Name

Debtor 2:
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| 4.1 | **ALLIED SERVICING CORPORATION**<br>Nonpriority Creditor's Name<br>**3019 N. ARGONNE ROAD**<br>**Spokane, WA 99212**<br>Number Street City State Zip Code | Last 4 digits of account number _____ | $0.00 |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **PERSONAL DEBT**

Debtor 1 MARYAM MOHAMMED AHMAD      Case number (if know) _____

| 4.2 | **AMERICAN EXPRESS** <br> Nonpriority Creditor's Name <br> **P.O. BOX 0001** <br> **Los Angeles, CA 90096-0001** <br> Number Street City State Zip Code <br> Who incurred the debt? Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> Is the claim subject to offset? <br> ■ No <br> ☐ Yes | Last 4 digits of account number _____ <br> When was the debt incurred? _____ <br> As of the date you file, the claim is: Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Type of NONPRIORITY unsecured claim: <br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ■ Other. Specify **CREDIT CARD** | **$8,352.00** |
|---|---|---|
| 4.3 | **AMERICAN EXPRESS** <br> Nonpriority Creditor's Name <br> **P.O. BOX 297871** <br> **Fort Lauderdale, FL 33329** <br> Number Street City State Zip Code <br> Who incurred the debt? Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> Is the claim subject to offset? <br> ■ No <br> ☐ Yes | Last 4 digits of account number _____ <br> When was the debt incurred? _____ <br> As of the date you file, the claim is: Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Type of NONPRIORITY unsecured claim: <br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ■ Other. Specify **CREDIT CARD** | **$25,016.00** |
| 4.4 | **ARIZONA PUBLIC SERVICE** <br> Nonpriority Creditor's Name <br> **P.O. BOX 53999** <br> **Phoenix, AZ 85072** <br> Number Street City State Zip Code <br> Who incurred the debt? Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> Is the claim subject to offset? <br> ■ No <br> ☐ Yes | Last 4 digits of account number **9870** <br> When was the debt incurred? _____ <br> As of the date you file, the claim is: Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Type of NONPRIORITY unsecured claim: <br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ■ Other. Specify **PERSONAL DEBT** | **$303.00** |

| Debtor 1 | MARYAM MOHAMMED AHMAD | Case number (if know) | |

| | | | |
|---|---|---|---|
| 4.5 | **BANK OF AMERICA** | Last 4 digits of account number  9899 | $3,588.00 |
| | Nonpriority Creditor's Name | | |
| | P.O. BOX 26012 | When was the debt incurred? | |
| | Greensboro, NC 27410 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **CHECK CREDIT OR LINE OF CREDIT**

| | | | |
|---|---|---|---|
| 4.6 | **BAYVIEW FINANCIAL LOAN** | Last 4 digits of account number | Unknown |
| | Nonpriority Creditor's Name | | |
| | 4425 PONCE DE LEON BLVD., 5TH FLOOR | When was the debt incurred? | |
| | Miami, FL 33146 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **FORCLOSED PROPERTY**

| | | | |
|---|---|---|---|
| 4.7 | **Bmw Financial Services** | Last 4 digits of account number  0687 | $10,000.00 |
| | Nonpriority Creditor's Name | | |
| | Attn: Bankruptcy Department | When was the debt incurred? | |
| | Po Box 3608 | | |
| | Dublin, OH 43016 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **POSSIBLE DEFICIENCY FROM REPOSESSION**

Debtor 1 **MARYAM MOHAMMED AHMAD**     Case number (if know) _____

| 4.8 | **BUREAU OF MEDICAL ECONOMICS** | Last 4 digits of account number _____ | $401.00 |

Nonpriority Creditor's Name
**P.O. BOX 20247**
**Phoenix, AZ 85036**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **MEDICAL DEBT**

---

| 4.9 | **CAPITAL ONE/SAKS FIFTH AVE** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**P.O. BOX 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **CREDIT CARD**

---

| 4.10 | **CARMICHAEL & POWELL** | Last 4 digits of account number _____ | $6,483.00 |

Nonpriority Creditor's Name
**7301 N. 16TH STREET, #103**
**Phoenix, AZ 85020-5297**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **PERSONAL DEBT**

---

Debtor 1 **MARYAM MOHAMMED AHMAD**  Case number (if know) _____

| 4.1 1 | **CARPENTER HAZLEWOOD DELGADO & BOLEN PLC** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number _____ | **Unknown** |
| | **1400 E. SOUTHERN AVE. #400** | When was the debt incurred? | |
| | **Tempe, AZ 85282** | | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **PERSONAL DEBT**

---

| 4.1 2 | **CHASE BANK** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number _____ | **$22,000.00** |
| | **P.O. BOX 15298** | When was the debt incurred? | |
| | **Wilmington, DE 19850-5298** | | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CREDIT CARD**

---

| 4.1 3 | **CHASE BANK** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number _____ | **$24,000.00** |
| | **P.O. BOX 15296** | When was the debt incurred? | |
| | **Wilmington, DE 19850** | | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CREDIT CARD**

Debtor 1 **MARYAM MOHAMMED AHMAD**     Case number (if know) _____

| 4.14 | **CITIBANK** | Last 4 digits of account number _____ | $15,000.00 |

Nonpriority Creditor's Name
**P.O. BOX 183054**
**Columbus, OH 43218-3051**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CREDIT CARD**

---

| 4.15 | **CITIBANK** | Last 4 digits of account number _____ | $45,571.00 |

Nonpriority Creditor's Name
**P.O. BOX 183051**
**Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CREDIT CARD**

---

| 4.16 | **CLC CONSUMER SERVICES** | Last 4 digits of account number _____ | $38,000.00 |

Nonpriority Creditor's Name
**2730 LIBERTY AVENUE**
**Pittsburgh, PA 15222**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CREDIT CARD**

| 4.17 | CMRE FINANCIAL SERVICES | | $152.00 |
|---|---|---|---|

**CMRE FINANCIAL SERVICES**
Nonpriority Creditor's Name
3075 E. IMPERIAL HWY, #200
Brea, CA 92821
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **MEDICAL DEBT**

---

| 4.18 | DISCOVER CARDS | | Unknown |
|---|---|---|---|

**DISCOVER CARDS**
Nonpriority Creditor's Name
P.O. BOX 6103
Carol Stream, IL 60197
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **CREDIT CARD**

---

| 4.19 | Discover Financial | 5734 | $4,776.00 |
|---|---|---|---|

**Discover Financial**
Nonpriority Creditor's Name
Po Box 3025
New Albany, OH 43054
Number Street City State Zip Code

Last 4 digits of account number  **5734**

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **CREDIT CARD**

Debtor 1 **MARYAM MOHAMMED AHMAD**     Case number (if know) _____

| 4.20 | DISCOVER FINANCIAL | Last 4 digits of account number _____ | $13,132.00 |

**Nonpriority Creditor's Name**
**P.O. BOX 15316**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CREDIT CARD**

---

| 4.21 | DIVERSIFIED ADJUSTMENT SERVICES, INC. | Last 4 digits of account number _____ | $304.00 |

**Nonpriority Creditor's Name**
**600 COON RAPIDS BLVD**
**Minneapolis, MN 55433**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **PERSONAL DEBT**

---

| 4.22 | EKMARK & EKMARK, L.L.C. | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
**6720 N. SCOTTSDALE ROAD, SUITE 261**
**Paradise Valley, AZ 85253**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **PERSONAL DEBT**

---

Debtor 1 **MARYAM MOHAMMED AHMAD**     Case number (if know) _____

| 4.2 3 | **HSBC/NEIMAN** | Last 4 digits of account number _____ | $1,709.00 |

Nonpriority Creditor's Name
**PO BOX 5253**
**Carol Stream, IL 60197**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **CREDIT CARD**

---

| 4.2 4 | **JP MORGAN ACQUISITION GROUP** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**P.O. BOX 55004**
**Irvine, CA 92619**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **PERSONAL DEBT**

---

| 4.2 5 | **MCCORMICK RANCH HOA** | Last 4 digits of account number _____ | $997.00 |

Nonpriority Creditor's Name
**9248 N. 94TH STREET**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **HOA FEES**

---

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 9 of 13
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:17-bk-08981-BKM    Doc 136    Filed 02/08/18    Entered 02/08/18 13:32:07    Desc
Main Document    Page 11 of 15

Debtor 1 MARYAM MOHAMMED AHMAD     Case number (if know)

### 4.2 6 | MIDLAND FUNDING
Nonpriority Creditor's Name
**8875 AERO DR STE 200**
**San Diego, CA 92123**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **PERSONAL DEBT**

### 4.2 7 | NATIONSTAR MORTGAGE
Nonpriority Creditor's Name
**ATTN; BANKRUPTCY**
**8950 CYPRESS WATERS BLVD**
**Coppell, TX 75019**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **REAL ESTATE MORTGAGE**

### 4.2 8 | RESIDENTIAL CREDIT SOLUTIONS
Nonpriority Creditor's Name
**350 S. GRAND AVENUE**
**Los Angeles, CA 90071**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **REAL ESTATE MORTGAGE**

Debtor 1 MARYAM MOHAMMED AHMAD   Case number (if know)

| 4.29 | RSI ENTERPRISES | Last 4 digits of account number | $272.00 |

Nonpriority Creditor's Name
P.O. BOX 16190
Phoenix, AZ 85011
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **PERSONAL DEBT**

---

| 4.30 | SEQUOIA FINANCIAL SERVICES | Last 4 digits of account number | $1,131.00 |

Nonpriority Creditor's Name
500 N. BRAND BLVD.
Glendale, AZ 85301
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **PERSONAL DEBT**

---

| 4.31 | SYNCB/SYNC BANK LUXURY | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
P.O. BOX 965064
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

---

| Debtor 1 | MARYAM MOHAMMED AHMAD | | Case number (if know) | |
|---|---|---|---|---|

| 4.3 2 | **SYNCHRONY BANK/MERVYNS** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY
P.O. BOX 956060
Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

---

| 4.3 3 | **T-MOBILE** | Last 4 digits of account number | | $415.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**C/O MIDLAND FUNDING
8875 AERO DRIVE, STE. 200
San Diego, CA 92123**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **PERSONAL DEBT**

---

| 4.3 4 | **THE TOLL ROADS** | Last 4 digits of account number | | $2,675.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 57011
Irvine, CA 92619**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **PERSONAL DEBT**

---

| Debtor 1 | MARYAM MOHAMMED AHMAD | Case number (if know) | |
|---|---|---|---|

| 4.3 5 | **VILLA ROYALE CONDO ASSOCIATION** | Last 4 digits of account number _____ | $2,912.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**760 S, STAPELY AVE.**
**Mesa, AZ 85204**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **PERSONAL DEBT**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 227,189.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 227,189.00 |